# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| DooleyMack Constructors ) | ASBCA No. 58595 |
| ) | |
| Under Contract No. NAFB5-11-C-0116 *et al.* ) | |

APPEARANCE FOR THE APPELLANT:            Mr. Neil Freshour
                                                                            Vice President

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
                                                                            Army Chief Trial Attorney
                                                                            CPT Tyler L. Davidson, JA
                                                                            Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of this appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event that the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 30 days of the date of this Order.

Dated: 15 January 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58595, Appeal of DooleyMack Constructors, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals